TO: Hon. Christian F. Hummel  
U.S. Magistrate Judge  
James T. Foley U.S. Courthouse  
445 Broadway  
Albany, NY  12207

October 31, 2020

RE: William Anderson vs A. Herringshaw(DOCCS)  
NDNY US Court 9:20-CV-351

I, William anderson, under Rule 41(a) of the Federal Rules of Civil Procedure, would voluntarily chose to dismiss my action without prejudice, due to circumstances beyond the scope and means of this plaintiff. Although there was a legal basis for this action. I, William Anderson, Chose to discontinue the action listed above. This action was initiated by myself Pro Se, and is being authorized to be discontued by Judge Lawerence E. Kahn.

US District Court  
Northern District of New York  
100 S. Clinton Street  
Syracuse, NY 13261  
Hon. Judge Lawerence E. Kahn  
U.S. Clerk of the Court

William Anderson-Plaintiff    10/31/20  
Pro Se  
880 E. Maine Rd.  
Johnson City, NY 13790

IT IS SO ORDERED:

_____  
Lawrence E. Kahn  
Senior U.S. District Judge

Dated: 11/05/2020